UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 7:10-CV-91-BR

| | | |
|---|---|---|
| PETER BARBEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| THE GENERAL COURT OF | ) | |
| JUSTICE, NEW HANOVER | ) | |
| DISTRICT COURT, NC, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on Plaintiff's Motion to Withdraw All Pleadings filed 25 June 2010.

On 15 June 2010, Magistrate Judge David Daniel granted Plaintiff's motion to proceed *in forma pauperis* as well as recommended that Plaintiff's petition for removal be dismissed as improperly filed or, alternatively, for lack of subject matter jurisdiction. In response to this recommendation, Plaintiff filed the instant motion, which simply reads, "Petitioner, Peter Napoleon Barbeau respectfully withdraws all pleadings in case No.7:10-CV-91-BR." The court ADOPTS the memorandum and recommendation as its own. This case is DISMISSED. Plaintiff's motion is DENIED as moot.

This 16 July 2010.

_____
W. Earl Britt
Senior U.S. District Judge